UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE I. AVILES,<br><br>        Petitioner,<br><br>    v.<br><br>,<br><br>        Respondent. | Case No. 19-cv-04402-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 1, 2, 5 |

Pursuant to movant's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice.

The clerk shall close the file and terminate all pending motions.

**IT IS SO ORDERED.**

Dated: September 11, 2019

                                                PHYLLIS J. HAMILTON<br>
                                                United States District Judge